| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 04CR00722 - 002 |
| | DOCKET NUMBER *(Rec. Court)* |

2007 APR 24 P 3:47

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: U.S. Chanel Little Crossroads 54 East Ramsdell Street New Haven, CT | DISTRICT Eastern District of New York | DIVISION Brooklyn |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Allyne R. Ross | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 3-16-06 | TO 3-15-11 |

| OFFENSE |
|---|
| |

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for **Connecticut** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

April 13, 2006
Date                                                                     United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **District of Connecticut**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/5/06
Effective Date                                                            United States District Judge

TRUE COPY ATTEST
DATE 4/17/20 06
ROBERT C. HEINEMANN
                                    CLERK
BY: _____
              DEPUTY CLERK

56

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y

★ MAY 19 2006 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
PROBATION OFFICE

MARIA RODRIGUES McBRIDE
CHIEF PROBATION OFFICER

U.S. DISTRICT COURT
PROBATION DEPARTMENT
CONNECTICUT FINANCIAL CENTER
157 CHURCH STREET, 22ND FLOOR
NEW HAVEN, 06510
203-773-2100

May 17, 2006
New Haven

U.S. COURTHOUSE
ROOM 735
450 MAIN STREET
HARTFORD, 06103
860-240-3661

U.S. COURTHOUSE
ROOM 200
915 LAFAYETTE BLVD.
BRIDGEPORT, 06604
203-579-5707

Robert C. Heinemann, Clerk
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Attention: Sandra Jackson
Deputy Clerk

RE: LITTLE, Chanel
Dkt. No. CR-04-722(ARR)
**TRANSFER OF JURISDICTION**

Dear Mr. Heinemann:

I have enclosed the Transfer of Jurisdiction paperwork signed by the Honorable Robert N. Chatigny, Chief United States District Judge for the District of Connecticut. Please forward a copy of the judgment, docket sheet, and indictment to complete this transfer to our Clerk's Office at U.S. District Court, 141 Church Street, New Haven, Connecticut 06510, Attention: Pat Moore. Thank you for your assistance.

Should you have any questions or need any further information, please call me at (203) 773-2100.

Very truly yours,

MARIA RODRIGUES McBRIDE
CHIEF U.S. PROBATION OFFICER

Mark D. Myers
U.S. Probation Officer

MDM/rb
Enclosure